UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RUBEN ALBERTO, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  05-10799-JLT |
| | ) | |
| MASSACHUSETTS DEPARTMENT OF | ) | |
| CORRECTION, | ) | |
| DOCTOR FREDRICKSON, and | ) | |
| BROCKTON HOSPITAL, | ) | |
| Defendants. | ) | |

ORDER OF DISMISSAL

TAURO, D.J.

In accordance with the Memorandum and Order of Dismissal entered this date, it is

hereby ORDERED that the above-captioned matter is dismissed in its entirety, without

prejudice.  The clerk shall administratively close this action on the dockets of this Court.


BY THE COURT,


Dated: July 6, 2005              /s/ Zita Lovett
                                 Deputy Clerk